No. 163. FRIEDMAN ET AL. *v.* ATLANTA ET AL. October 14, 1940. Petition for writ of certiorari to the Supreme

Court of Georgia denied. *Mr. Young H. Fraser* for petitioners. *Mr. J. C. Murphy* for respondents.